ORIGINAL

AUSA: Joseph Stern

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KISSIMA SAWO,

Defendant.

**26 MAG 3492**

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

Amy Giarrusso, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and states as follows:

On or about August 13, 2026, a Superseding Indictment was returned in the United States District Court for the Eastern District of Kentucky charging "Kissima Sawo," among others, with one count of racketeering enterprise conspiracy, in violation of Title 18, United States Code, Section 1962(d); and one count of conspiracy to commit an offense against the United States, in violation of Title 18, United States Code, Section 371. On or about the same date, the Clerk of Court for the United States District Court for the Eastern District of Kentucky issued an arrest warrant for "Kissima Sawo" based on the Superseding Indictment (the "Arrest Warrant"). The Arrest Warrant is attached hereto as Exhibit A and incorporated by reference herein.

On or about August 26, 2026, I participated in the transport of KISSIMA SAWO after his arrest and brought him to 500 Pearl Street, in New York, New York. I believe that SAWO is the "Kissima Sawo" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Special Agent with the FBI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from the United States District Court for the Eastern District of Kentucky, I know that, on or about August 13, 2026, the Clerk of Court for the United States District Court for the Eastern District of Kentucky issued the Arrest Warrant.

3. On or about August 26, 2026, I participated in the transport of KISSIMA SAWO after his arrest and brought him to 500 Pearl Street, in New York, New York, pursuant to the Arrest Warrant.

4. Based on my participation in the transport, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that KISSIMA SAWO, the defendant, is the "Kissima Sawo" who is named in the Arrest Warrant, for the reasons set forth below, among others:

a. I have reviewed law enforcement records regarding "Kissima Sawo," the person identified in the Arrest Warrant. That information includes information regarding his name, date of birth, physical attributes, and a photograph. Based on my observations of SAWO, I believe that SAWO appears to be the same person depicted in the photograph and to match the physical description I was provided for "Kissima Sawo."

b. In addition, I understand that SAWO was found at the address listed for him on the Arrest Warrant, and he was arrested there.

5. Accordingly, I believe that KISSIMA SAWO, the defendant, is the "Kissima Sawo" named in the Arrest Warrant.

WHEREFORE, I respectfully request that KISSIMA SAWO, the defendant, be imprisoned or bailed, as the case may be.

Amy Giarrusso
Special Agent
Federal Bureau of Investigation

Sworn to before me this 26th day of August, 2026.

HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
**By USMS at 2:37 pm, Aug 14, 2026**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.

Kissima Sawo
1348 Sheridam Ave.
Bronx, NY 10456
DOB: 3/19/1964; SSN: 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

*Defendant*

Case No. 2:25-cr-00043-DLB-CJS-008

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KISSIMA SAWO, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1962(d) RACKETEERING ENTERPRISE CONSPIRACY, Count 1
18:371 CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES, Count 9

Date: 08/13/2026

*Issuing officer's signature*

City and state: Covington, KY

Robert R. Carr by T. Adkins, Deputy Clerk
*Printed name and title*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*